IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

U.S. BANK NATIONAL ASSOCIATION,

    Plaintiff,

v.

SUN LIFE ASSURANCE COMPANY OF CANADA,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-562-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff U.S. Bank National Association against defendant Sun Life Assurance Company of Canada in the amount of $1,842,538.99 on plaintiff's bad faith claim.

Approved as to form this 4th day of May, 2017.

_____
William M. Conley, District Judge

_____
Peter Oppeneer, Clerk of Court

5/4/17
Date